# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID NICOLAS-REYES(3), <br><br> Defendant. | CASE NO. 12CR1870-LAB <br><br> **JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in case 12CR2252-LAB against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

    8:1326 (a) and (b) - Removed Alien Found in the United States

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 6/19/2012

*Barbara L. Major* (signature)

Barbara L. Major
U.S. Magistrate Judge